# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA REGALADO, ET AL., | Case No. 1:21-cv-01736-DAD-SAB |
| Plaintiffs, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| KEYSTONE RV COMPANY, | |
| Defendant. | (ECF No. 2) |
| | TWENTY-ONE DAY DEADLINE |

Plaintiff Linda Regalado, proceeding *pro se*, initiated this civil action on December 7, 2021. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

However, with respect to the question regarding Plaintiff's former employment (question 2), Plaintiff fails to provide a complete response to the question's prompt to "state the date of your last employment, the amount of your take-hone salary or wages and pay period and the name and address of your last employer" because she does not identify the amount of salary or wages or pay period from her last employer. (Id. at 1.) Similarly, regarding Question 3, which requires an accounting of various sources of income, Plaintiff indicates she received disability or workers compensation payments, but she did not describe the source of money or state the amount received and/or the amount she expects to continue to receive, as required. (Id.) Thus,

1  it appears Plaintiff's application was not sufficiently completed for the Court to determine if she
2  is entitled to proceed in this action without prepayment of fees.

3       Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed
4  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is
5  unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in
6  full.

7       Accordingly, IT IS HEREBY ORDERED that:

8  1.   Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED
9       without prejudice;

10 2.   The Clerk of the Court is directed to forward an *in forma pauperis* application
11      (Long Form) to Plaintiff;

12 3.   Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay
13      the $402.00 filing fee for this action, or (2) file a long form application to proceed
14      *in forma pauperis* without prepayment of the fee; and

15 4.   If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **December 8, 2021**

UNITED STATES MAGISTRATE JUDGE